## DEAN S. KELLEY v. A. H. DAVIS, *et al.*

ERRORS, UNLESS PRESERVED IN THE RECORD, *Will Not be Reviewed.* A party seeking a review of a judgment or decree of the district court, must properly preserve and bring upon record the errors complained of, or such supposed errors will not be considered by an appellate court.

### *Error from Linn District Court.*

TWO ACTIONS for the partition of real property were brought by *Davis* against *Kelley* and several other parties. Partition was duly made, and the district court in confirming the same allowed an attorney-fee to the plaintiff, taxed the same as part of the costs, and adjudged it to be a lien upon the lands set off to the parties respectively. *Kelley* complains of such action, and brings the cases here on error for review.

*Dean S. Kelley,* plaintiff in error, for himself.
*James D. Snoddy,* for defendants in error.

The opinion of the court was delivered by

HORTON, C. J.: In both of these cases an attempt is made to present certain alleged errors upon matters which are not necessarily of record in the district court; and neither the testimony introduced on the trial in the court below, nor the proceedings had there, are preserved by a bill of exceptions, nor a case-made, and hence upon the authority of *Winsor v. Cole,* 10 Kas. 620, and many other decisions of this court similar in principle, we cannot determine the questions sought to be presented, and the judgments of the district court must be affirmed.

All the Justices concurring.